[No. 22669-7-III.  Division Three.  February 1, 2005.]

THE STATE OF WASHINGTON, *Appellant*, v. JUSTIN JAMES BRANSON, *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 02-1-03337-8, Richard J. Schroeder, J., entered December 5, 2003. *Affirmed* by unpublished opinion per Kato, C.J., concurred in by Sweeney and Schultheis, JJ.

[No. 20549-5-III.  Division Three.  February 3, 2005.]

*In the Matter of the Personal Restraint of* DAVID LAWRENCE JOHNSTON, *Petitioner*.

Petition for relief from personal restraint. *Granted in part* by unpublished opinion per Kato, C.J., concurred in by Schultheis and Brown, JJ.

[No. 21405-2-III.  Division Three.  February 3, 2005.]

RITCHIE NORMAN, ET AL., *Appellants*, v. PATRICK R. ACRES, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Grant County, No. 97-2-00346-2, Michael E. Cooper, J., entered August 2, 2002. *Reversed* by unpublished opinion per Kato, C.J., concurred in by Sweeney and Schultheis, JJ.

[No. 21860-1-III.  Division Three.  February 3, 2005.]

SENECA FOODS CORPORATION, *Appellant*, v. STARBUCKS CORPORATION, *Respondent*.

Appeal from a judgment of the Superior Court for Yakima County, No. 00-2-01647-5, Robert N. Hackett, Jr., J., entered February 7, 2003. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Kato, C.J., and Kurtz, J.